**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **MICHAEL FAVUZZA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 4:08-CV-01300 CDP** |
| | ) | |
| **EMC MORTGAGE COMPANY et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS

All things having been settled and agreed upon, comes now plaintiff and moves to dismiss defendant EMC Mortgage Company, the last defendant in the case, with prejudice.

/s/ Blair Drazic_____
Blair K. Drazic #10208
591 25 Road, Suite A-4
Grand Junction, CO 81505
Phone 314-989-0071
Fax 314-667-4207
E-mail: blairdrazic@aol.com

## CERTIFICATE OF SERVICE

A copy of the foregoing will be served via the ECF system.

/s/ Blair Drazic_____